UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAN STEVEN BOJORGE-SEQUEIRA,<br><br>     Petitioner,<br><br> v.<br><br>GEO GROUP INC., *et al.*,<br><br>     Respondents. | CASE NO. 2:25-cv-01807-KKE-GJL<br><br>ORDER TO RESPOND |

  The District Court has referred this federal habeas action to United States Magistrate Judge Grady J. Leupold. On September 18, 2025, Petitioner Adan Steven Bojorge-Sequeira, proceeding *pro se*, filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from immigration detention. *See* Dkt. 1. Respondents filed a Response in Opposition to the Petition on October 20, 2025. Dkt. 5. Petitioner filed a Traverse in support of his Petition. Dkt. 8.

  In their Response, Respondents note that, on October 10, 2025, Petitioner appeared before the Tacoma Immigration Court for a merits hearing on his I-589 Application for asylum and related relief. Dkt. 5 at 7. At the conclusion of the hearing, the Immigration Judge ("IJ")

ORDER TO RESPOND - 1

denied Petitioner's I-589 Application and ordered him removed to Nicaragua. *Id*. Petitioner reserved his right to appeal the IJ's decision, with a deadline of November 10, 2025. *Id*. at 7–8. Thus, as of the date of Respondents' Response, Petitioner was not yet subject to a final order of removal. Further, Petitioner does not indicate his removal status in his Traverse. *See* Dkt. 8.

In order to properly address this habeas Petition, and in the interest of justice to this *pro se* Petitioner, the Court **ORDERS** that Respondents **FILE** a status update as to Petitioner's immigration proceedings on or before **December 2, 2025**. In the event Petitioner has not filed an appeal from the IJ's October 10, 2025, decision, Respondents shall include in the status update any further steps taken related to Petitioner's immigration status, including, but not limited to, whether there is a final order of removal in his case. If Petitioner would like to reply to Respondents' update, he must do so no later than **December 8, 2025**.

The Clerk of Court is **DIRECTED** to **RENOTE** the Response (Dkt. 5) for **December 8, 2025**.

Dated this 26th day of November, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO RESPOND - 2