# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ADAN STEVEN BOJORGE-SEQUEIRA,

    Petitioner,

v.

GEO GROUP INC., *et al.*,

    Respondents.

CASE NO. 2:25-cv-01807-KKE-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the R&R.

(2)     Petitioner's Petition for writ of habeas corpus (Dkt. 1) is GRANTED as follows:

    a. Petitioner's ongoing detention under 8 U.S.C. § 1225(b) without an individualized bond hearing violates the Due Process Clause of the Fifth Amendment to the United States Constitution;

    b. The Government SHALL hold a bond hearing for Petitioner within fourteen (14) calendar days of this Order;

    c. The bond hearing SHALL comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011): there must be a contemporaneous record of the hearing, and the Government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community;

      d.    The Immigration Judge shall allow Petitioner to present evidence at the bond hearing of financial circumstances or alternative conditions of release that would mitigate any potential dangerousness or risk of flight;

      e.    Or, in the alternative to the bond hearing, the Government is directed to release Petitioner immediately under appropriate conditions of release.

      f.    The Government shall file a status update no later than February 17, 2026, to confirm compliance with this order.

(3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

**DATED** this 3rd day of February, 2026.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2